# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| **Deutsche Bank National Trust Company,** | : | **Case No. 1:06-cv-00682** |
| **as Trustee for Long Beach Mortgage** | : | |
| **Loan Trust 2005-WL2** | : | **District Judge Patricia A. Gaughan** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **DEFAULT JUDGMENT AND** |
| | : | **DECREE IN FORECLOSURE** |
| **Carlton A. Barton Jr., et al.** | : | |
| | : | |
| **Defendants.** | : | |

UNITED STATES DISTRICT JUDGE PATRICIA A. GAUGHAN

This matter is before the Court on the motion of Plaintiff Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL2's Motion for Default Judgment and Decree in Foreclosure, to obtain judgment  against Carlton A. Barton Jr. and Latasha N. Barton as described in the Complaint, to foreclose the lien of the Mortgage securing the obligation of such Note upon the real estate described herein, and to require all parties to set up their claims to the real estate or be barred.

The Court finds that:

1.      The following defendants are in default of Motion or Answer:

      a.      Carlton A. Barton Jr. and
      b.      Latasha N. Barton;

2.      The Clerk's Entry of Default was filed herein on May 1, 2006.

Accordingly, the Court takes the allegations contained in the Complaint as true, including that there is due and owing to the plaintiff from the defendant, Carlton A. Barton Jr., upon the

G:\Cases - TM\06-04093\renewed proposed order-060927-KW.WPD

subject Note, the principal balance of $88,005.10, for which judgment is hereby rendered in

favor of the Plaintiff, with interest at the rate of 9.0 percent per annum from November 1, 2005.

The Note is secured by the Mortgage held by the plaintiff, which mortgage constitutes a

valid and first lien upon the following described premises (the "Property"):

Situated in the City of Cleveland, Cuyahoga County, Ohio and described as follows:

Being Sublot No. 280 in Lakeview Land and Improvement Subdivision of part of
Original 100 Acre Lot Nos. 379 and 380, as shown by the recorded plat in Volume 40 of
Maps, page 13 of Cuyahoga County Records, and being 35 feet front on the Northerly
side of Osceola Avenue, and extending back of equal width 115 feet, as appears by said
plat be the same more or less, but subject to all legal highways.

Parcel Number:  110-26-028

Commonly known as:  12101 Osceola Avenue, Cleveland, Ohio

Taking as true the allegations contained in plaintiff's complaint, the Court finds that the

Mortgage was filed for record on May 17, 2005, and recorded as Instrument Number

200505171018 in the Cuyahoga County Recorder's Office; that the mortgage, together with the

Note, was assigned to the Plaintiff by an Assignment of Mortgage filed for record on April 5,

2006 as Instrument Number 200604050162 in the Cuyahoga County Recorder's Office; that the

conditions of said Mortgage have been broken; and that Plaintiff is entitled to have the equity of

redemption of the defendants-titleholders foreclosed.

**IT IS THEREFORE**

**ORDERED,** that unless the sums hereinabove found to be due to Plaintiff Deutsche

Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL2, and

the costs of this action, be fully paid within ten (10) days from the date of the entry of this

decree, the equity of redemption of the defendants-titleholders in said real estate shall be

foreclosed and the real estate sold, free and clear of the interest of all parties herein, and an order

G:\Cases - TM\06-04093\renewed proposed order-060927-KW.WPD

of sale shall issue to the Master Commissioner, directing him to appraise, and sell same at public sale, as upon execution and according to law, after having the property advertised according to law, particularly 28 U.S.C. §§ 2001 and 2002.  The Master Commissioner shall report his proceedings to this Court.

**ORDERED FURTHER**, that the Master Commissioner shall send counsel for the party requesting the Order of Sale a copy of the publication notice promptly upon its first publication.

In the event that an Order of Sale is returned by the Master Commissioner unexecuted, subsequent Orders of Sale shall issue in accord with the Court's instructions.

**ORDERED FURTHER**, that the Master Commissioner, upon confirmation of said sale, shall pay from the proceeds of said sale, upon the claims herein found, the amounts thereof in the following order of priority:

1. To the Treasurer of Cuyahoga County, the taxes and assessments, due and payable as of the date of transfer of the property after the Master Commissioner's Sale.

2. To the plaintiff Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL2, the sum of $88,005.10, with interest at the rate of 9.0 percent per annum from November 1, 2005.

3. To Plaintiff the sums advanced for real estate taxes, hazard insurance and property protection.

4. The balance of the sale proceeds, if any, shall be held by the Master Commissioner to await further orders of distribution by this Court.

The purchaser of the property being sold is hereby subrogated to all rights of the lienholders in the premises to the extent of such payment and for the protection of its title.

G:\Cases - TM\06-04093\renewed proposed order-060927-KW.WPD

Because Plaintiff is the first and best lienholder junior only to real estate taxes, if it is the successful bidder at the Master Commissioner's sale, Plaintiff shall not be required to make a deposit at the time of sale.  Plaintiff shall pay the balance of all the Master Commissioner's costs due and owing, and real estate taxes due and payable, when they are ascertained.

Upon distribution of the proceeds of sale as described above and entry of an order confirming the sale and ordering a deed to the purchaser, a certified copy of the entry shall be issued to the Cuyahoga County Recorder directing him or her to enter the same on the margin of the records of the mortgages and liens, releasing the liens adjudicated herein from the premises.

**IT IS SO ORDERED.**

**DATE:**  9/29/06

/s/ Patricia A. Gaughan
JUDGE PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE